IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN J. ABRAHAM, and
H LIMITED PARTNERSHIP
on behalf of themselves and others
similarly situated,

      Plaintiffs,

vs.                                            No. CIV 12-0917 JB/ACT

WPX Energy Production, LLC,
f/k/a WILLIAMS PRODUCTION COMPANY,
LLC, WILLIAMS FOUR CORNERS, LLC,
and WILLIAMS ENERGY RESOURCES, LLC,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Plaintiffs' Motion for Class Certification, filed January 4, 2013 (Doc. 30). The Court will deny the motion without prejudice for renewal without any further briefing on the matter. To renew, the Plaintiffs may simply file a notice of reinstatement, and indicate whether they want the old briefing considered or want new briefing considered.

**IT IS ORDERED** that the Plaintiffs' Motion for Class Certification, filed January 4, 2013 (Doc. 30), is denied without prejudice for renewal without any further briefing on the matter.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Jake Eugene Gallegos
Michael J. Condon
Gallegos Law Firm, P.C.
Santa Fe, New Mexico

    *Attorneys for the Plaintiffs*

Sarah Gillett
Hall Estill Hardwick, P.C.
Tulsa, Oklahoma

--and--

Bradford C. Berge
Robert J. Sutphin
Elisa C. Dimas
Holland & Hart LLP
Santa Fe, New Mexico

    *Attorneys for the Defendants*