**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**STEVEN J. ABRAHAM, et al.,**

**Plaintiffs,**

**vs.** **No. 12-CV-00917-JB-CG**

**WPX ENERGY PRODUCTION, LLC,**
**f/k/a WILLIAMS PRODUCTION COMPANY, LLC,**
**WILLIAMS FOUR CORNERS, LLC and**
**WILLIAMS ENERGY RESOURCES, LLC,**

**Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that the supplemental expert reports of David J. Hajny, CPA, John C. Tysseling, Ph.D. and of John Burritt McArthur were served electronically along with this Certificate of Service on the 14th day of February, 2014 on the following counsel of record.


Robert Sutphin
Bradford C. Berge
Holland & Hart, LLP
P.O. Box 2208
Santa Fe, New Mexico 87504-2208
rsupthin@hollandhart.com
bberge@hollandhart.com

Christopher A. Chrisman
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
cachrisman@hollandhart.com

John C. Anderson
Holland & Hart LLP
P.O. Box 2208
Santa Fe, NM 87504-2208
jcanderson@hollandhart.com

Sarah Jane Gillett
Hall, Estill, Hardwick, Gable,
Golden & Nelson, P.C.
320 South Boston Avenue, # 200
Tulsa, OK 74103-3706
sgillett@hallestill.com

Mark F. Sheridan
Holland & Hart LLP
P.O. Box 2208
Santa Fe, NM 87504-2208
msheridan@hollandhart.com

Dustin L. Perry
Hall, Estill, Attorneys at Law
320 S. Boston Ave. Suite 200
Tulsa, OK 74103-3706
dperry@HallEstill.com

Respectfully submitted,

GALLEGOS LAW FIRM, P.C.

By____/s/ J.E. Gallegos__________

J.E. GALLEGOS
MICHAEL J. CONDON
460 St. Michael's Drive, Bldg. 300
Santa Fe, New Mexico 87505
(505) 983-6686

*Attorneys for Plaintiffs*