**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STEVEN J. ABRAHAM, et al.,

    Plaintiffs,

vs.                                                               CV No. 12-917 JB/CG

WPX ENERGY PRODUCTION, LLC, et al.,

    Defendants.

## ORDER TO FILE JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall file a joint status report by **January 30, 2018**. The joint status report shall notify the Court of the current status of this case and how the parties wish to proceed.

                                                             _____
                                                             THE HONORABLE CARMEN E. GARZA
                                                             UNITED STATES MAGISTRATE JUDGE