**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STEVEN J. ABRAHAM, et al.,

       Plaintiffs,

vs.                                              CV No. 12-917 JB/CG

WPX ENERGY PRODUCTION, LLC, et al.,

       Defendants.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY**

**ORDERED** that:

1. Plaintiffs shall file a motion to amend the pleadings and to join additional

   parties by **April 30, 2018**;

2. Defendants shall file a Response to the motion by **May 14, 2018**; and

3. Plaintiffs may file a Reply by **May 29, 2018**.


_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE