IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN J. ABRAHAM, et al.,

    Plaintiffs,

v.                                                  CV No. 12-917 JB/CG

WPX ENERGY PRODUCTION, LLC, et al.,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon being notified that the case has settled.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **August 17, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE