IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN J. ABRAHAM and
H LIMITED PARTNERSHIP,

    Plaintiffs,

vs.                                           No. 12-CV-00917-JB-CG

WPX ENERGY PRODUCTION, LLC,
f/k/a WILLIAMS PRODUCTION COMPANY, LLC,
WILLIAMS FOUR CORNERS, LLC and
WILLIAMS ENERGY RESOURCES, LLC,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Steven J. Abraham and H Limited Partnership hereby dismiss this action with prejudice against Defendants WPX Energy Production, LLC, Williams Four Corners LLC and Williams Energy Resources LLC. All parties shall bear their own costs and attorneys' fees.

                Respectfully submitted,

                GALLEGOS LAW FIRM, P.C.

                By *J.E. Gallegos*
                    J.E. GALLEGOS
                    MICHAEL J. CONDON
                460 St. Michael's Drive, Bldg. 300
                Santa Fe, New Mexico 87505
                (505) 983-6686
                jeg@gallegoslawfirm.com
                mjc@gallegoslawfirm.com

                ATTORNEYS FOR PLAINTIFFS

**AGREED TO:**

**HOLLAND & HART LLP**

*/s/ Robert J. Sutphin*
Mark F. Sheridan
Robert J. Sutphin
Post Office Box 2208
Santa Fe, New Mexico 87504-2208
Phone (505) 988-4421
msheridan@hollandhart.com
rsutphin@hollandhart.com

ATTORNEYS FOR DEFENDANTS

11193802_1