IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN J. ABRAHAM and
H LIMITED PARTNERSHIP,
on behalf of themselves and others
similarly situated,

    Plaintiffs,

vs.                                                                                     No. CIV 12-0917 JB/CG

WPX ENERGY PRODUCTION, LLC,
f/k/a WILLIAMS PRODUCTION COMPANY,
LLC; WILLIAMS FOUR CORNERS, LLC;
and WILLIAMS ENERGY RESOURCES,
LLC,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Court's Order, filed September 27, 2013 (Doc. 74)("Order"); and (ii) the Stipulation of Dismissal with Prejudice, filed August 8, 2018 (Doc. 285)("Stipulation"). In the Order, the Court dismissed the Plaintiffs' unjust enrichment claims against Defendants Williams Four Corners, LLC and Williams Energy Resources, LLC.[1] See Order at 1. In the Stipulation, the Plaintiffs agreed to "dismiss this action with prejudice." Stipulation at 1. Having disposed of all issues, claims, and parties before the Court, the Court now dismisses this case and enters Final Judgment.

**IT IS ORDERED** that: (i) this case is dismissed with prejudice; and (ii) Final Judgment is entered.

---

[1]In the Order, the Court did not state whether it dismissed the unjust enrichment claims with or without prejudice. Because the Order and the Memorandum Opinion associated with it, see Memorandum Opinion, filed May 9, 2014 (Doc. 192), represent an adjudication on the merits of the claims presented, the Court dismisses the unjust enrichment claims with prejudice. See Semtek Intern. Inc. v. Lockheed Martin Corp., 531 U.S. 497, 505-06 (2001).

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Jake Eugene Gallegos
Michael J. Condon
Gallegos Law Firm, P.C.
Santa Fe, New Mexico

    *Attorneys for the Plaintiffs*

Sarah Gillett
Dustin L. Perry
Hall Estill Hardwick, P.C.
Tulsa, Oklahoma

--and--

Mark F. Sheridan
Christopher A. Chrisman
Holland & Hart L.L.P.
Denver, Colorado

--and --

Bradford C. Berge
Robert J. Sutphin
John C. Anderson
Elisa C. Dimas
Holland & Hart L.L.P.
Santa Fe, New Mexico

    *Attorneys for the Defendants*